**Exhibit A**

Table of Last-Observed Infringements by Defendants of Third Degree's Copyright in the Motion Picture "Big Butt Oil Orgy 2," Copyright Reg. No. PA0001711470

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.110.108.147 | 2012-01-18 20:55:50 -0500 | Sprint PCS | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 2 | 108.7.233.101 | 2012-02-17 17:10:50 -0500 | Verizon Internet Services | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 3 | 173.48.157.150 | 2012-03-15 22:56:34 -0400 | Verizon Internet Services | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 4 | 173.76.156.64 | 2012-01-16 20:25:26 -0500 | Verizon Internet Services | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 5 | 173.76.3.92 | 2012-03-24 21:54:56 -0400 | Verizon Internet Services | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 6 | 184.198.112.185 | 2012-02-28 07:48:53 -0500 | Sprint PCS | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 7 | 24.147.158.185 | 2012-01-31 23:53:24 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 8 | 24.147.201.195 | 2012-02-16 22:43:57 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 9 | 24.218.222.124 | 2012-02-02 04:51:03 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 10 | 24.60.239.28 | 2012-01-28 10:54:54 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 11 | 24.91.130.177 | 2012-02-14 22:05:54 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 12 | 65.96.125.125 | 2012-03-26 10:35:57 -0400 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 13 | 65.96.177.228 | 2012-03-11 14:55:13 -0400 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 14 | 66.30.179.57 | 2012-02-08 19:42:43 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 15 | 66.30.254.11 | 2012-01-05 05:07:23 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 16 | 66.30.89.215 | 2012-03-07 01:44:08 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 17 | 66.30.98.183 | 2012-02-24 00:31:50 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 18 | 66.31.53.3 | 2012-01-16 13:26:47 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 19 | 66.31.59.217 | 2012-03-22 04:30:34 -0400 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 20 | 68.184.31.71 | 2012-01-27 05:07:10 -0500 | CHARTER COMMUNICATIONS | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 21 | 71.184.113.164 | 2012-01-07 17:37:17 -0500 | Verizon Internet Services | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 22 | 71.232.124.248 | 2012-01-27 23:59:10 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 23 | 71.232.163.146 | 2012-02-18 23:08:47 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 24 | 71.232.34.63 | 2012-02-12 22:37:25 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 25 | 71.235.232.16 | 2012-03-24 20:41:12 -0400 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 26 | 72.70.52.185 | 2012-02-29 17:26:02 -0500 | Verizon Internet Services | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 27 | 74.104.185.203 | 2012-02-23 16:34:45 -0500 | Verizon Internet Services | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |

| Doe 28 | 75.68.197.96 | 2012-02-08 13:45:41 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 29 | 76.118.10.102 | 2012-03-06 20:15:19 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 30 | 76.118.244.112 | 2012-02-02 22:18:29 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 31 | 76.119.1.176 | 2012-01-28 09:51:51 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 32 | 76.119.138.129 | 2012-02-25 13:46:21 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 33 | 96.233.106.47 | 2012-02-29 12:06:45 -0500 | Verizon Internet Services | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 34 | 98.110.235.59 | 2012-01-15 03:44:57 -0500 | Verizon Internet Services | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 35 | 98.118.121.222 | 2012-01-17 17:06:22 -0500 | Verizon Internet Services | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 36 | 98.118.44.206 | 2012-02-01 19:59:01 -0500 | Verizon Internet Services | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 37 | 98.118.98.173 | 2012-02-11 04:49:45 -0500 | Verizon Internet Services | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 38 | 98.216.109.177 | 2012-01-16 23:24:11 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |
| Doe 39 | 98.216.49.108 | 2012-01-15 12:54:12 -0500 | Comcast Cable | BitTorrent | aa533a9653ca5012da548a1abdd69fe3d05b33b4 |